UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH<br>)<br>) MDL No. 2100<br>) |

**This Document Relates To:**

*Marisa Luddon v. Bayer HealthCare*          No. 3:11-cv-11756-DRH
*Pharmaceuticals Inc., et al.*

*Janeth Tello v. Bayer HealthCare*           No. 3:11-cv-12354-DRH
*Pharmaceuticals Inc., et al.*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 19, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
         **Deputy Clerk**

Dated: July 30, 2013

APPROVED:

Digitally signed by David R. Herndon
Date: 2013.07.30 10:05:25 -05'00'

CHIEF JUDGE
U. S. DISTRICT COURT